UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD DANIELS, )<br>)<br>　　　　　Petitioner, )<br>)<br>v.　　　　　　　　　　　　　　　)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>　　　　　Respondent. )<br>) | Docket no. 2:18-cv-00063-GZS<br>　　　　　2:21-cv-000312-GZS |

**ORDERING AFFIRMING RECOMMENDED DECISON**

On April 8, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 1105). On April 26, 2022, Petitioner filed his objection to the Recommended Decision (ECF No. 1113).

The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 1105) is hereby **AFFIRMED**.

2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.

3. Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF No. 1071) is hereby **DENIED**.

2

4. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 19th day of May, 2022.